### Commonwealth, Appellant, *v.* Brookman.

Argued November 15, 1973.

*Paul M. Petro,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellant; *Lawrence R. Zewe,* for appellee.

Appeal quashed.

SPAULDING, J., absent.